**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-7011**

_____

JOHN GRIMES WELLS,

Plaintiff - Appellant,

versus

TOMMY A. COLEMAN, Officer; JIMMY BROWN, Cap-
tain; JOHN BAKER, Sheriff,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh.  W. Earl Britt, District
Judge.  CA-97-416-5-BR)

_____

Submitted:  September 25, 1997      Decided:  October 21, 1997

_____

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

John Grimes Wells, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant, a North Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C.A. § 1915(e)(2) (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. Wells v. Coleman, No. CA-97-416-5-BR (E.D.N.C. July 1, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2